# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2055 Disciplinary Docket No. 3 |
| | : |
| DEAN I. ORLOFF | : No. 124 DB 2012 |
| | : |
| PETITION FOR REINSTATEMENT | : Attorney Registration No. 48217 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).